IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADA COUNTY, ) | |
| ) | Case No. CV-06-461-S-BLW |
| Plaintiff, ) | |
| ) | **MEMORANDUM DECISION** |
| v. ) | **AND ORDER** |
| ) | |
| C. ARTHUR CRUMP and ) | |
| CARLEEN CRUMP, husband and ) | |
| wife, and ANCHOR POINTE, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## INTRODUCTION

The Court has before it Plaintiff's Motion to Remand (Docket No. 5) and Plaintiff's Motion for Attorney Fees Associated with Motion to Remand (Docket No. 8). Having fully reviewed the record, the Court finds that the parties have adequately presented the facts and legal argument sin the briefs and record and that the decisional process would not be significantly aided by oral argument. Therefore, in the interest of avoiding further delay, the court shall decide this matter on the written motions, briefs and record without oral argument. D. Id. L. R. 7.1(b). Accordingly, the Court enters the following Memorandum Decision and Order.

**Memorandum Decision and Order -- Page 1**

## ANALYSIS

### I.  Motion to Remand

Defendants filed a non-opposition to Plaintiff's Motion to Remand. Accordingly, the Court will grant Plaintiff's Motion to Remand and remand the case to state court.

### II. Motion for Attorney Fees

Pursuant to 28 U.S.C. § 1447(c), an order remanding a case to state court may require payment for "just costs and any actual expenses, including attorney fees, incurred as a result of the removal."  *Moore v. Permanente Medical Group, Inc.*, 981 F.2d 443, 446 (9th Cir. 1992).  "An award of attorney's fees pursuant to section 1447(c) . . . is within the discretion of the district court, and bad faith need not be demonstrated."  *Id.* at 448.

Given Defendants concession that this case should be remanded to state court, this Court will award Plaintiffs its attorney fees related to its motion to remand.  The parties are encouraged to agree on the amount of attorney fees to be paid by Defendants to Plaintiffs.  If the parties cannot agree on the amount, Plaintiffs shall file a short motion and supporting documents explaining the amount of attorney fees requested and how such fees were incurred in obtaining a remand of this case to state court.  Such a motion and supporting documents shall be filed

**Memorandum Decision and Order -- Page 2**

within 30 days of the date of this order. Defendants may then file a response brief, and the Court will make a final determination. Even though the Court is remanding the case to state court, this Court will retain jurisdiction to determine the amount of fees to be paid should the need arise because "the award of attorney's fees pursuant to 28 U.S.C. § 1447(c) is collateral to the decision to remand. . . ." *Id.*

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion to Remand (Docket No. 5) shall be, and the same is hereby, GRANTED and this case is REMANDED to the District Court of the Fourth Judicial District of the State of Idaho.

IT IS FURTHER ORDERED that Plaintiff's Motion for Attorney Fees Associated with Motion to Remand (Docket No. 8) shall be, and the same is hereby, GRANTED.

DATED: **January 16, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Memorandum Decision and Order -- Page 3**